## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**UNITED STATES OF AMERICA**

vs.                                        CASE NO. 1:98-CR-14-MMP/AK

**MATTHEW SCOTT,**
    **Defendant.**
_____/

## O R D E R

This cause came before the Court for Defendant's initial appearance on a petition by the United States Probation Office charging Defendant with violation of the terms of his supervised release. The Court advised Defendant of his constitutional rights, and Defendant waived preliminary hearing on the petition. The government did not request detention.

According, it is **ORDERED** that the Defendant shall appear before Judge Maurice M. Paul upon notice for a revocation hearing and the Clerk is hereby directed to send a separate notice setting a revocation hearing before the Honorable Maurice M. Paul. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** this **28th** day of August, 2007.

                                         *s/ A. KORNBLUM*
                                         **ALLAN KORNBLUM**
                                         **UNITED STATES MAGISTRATE JUDGE**