IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

vs.                                  CASE NO. 1:98-CR-14-MMP/AK

MATTHEW SCOTT,

    Defendant.
_____/

## ORDER

This cause came before the Court for Defendant's initial appearance on a petition by the United States Probation Office charging Defendant with violation of the terms of his supervised release. The Court advised Defendant of his constitutional rights, the Defendant waived preliminary hearing on the petition and the Government did not request detention.

According, it is **ORDERED** that the Defendant shall appear before Judge Maurice M. Paul, **August 27**, 2009, beginning at **1:30 pm**, for a revocation hearing. Until that appearance, Defendant will remain subject to the conditions of supervised release.

**DONE AND ORDERED** on this 5th day of August, 2009.

ALLAN KORNBLUM
UNITED STATES MAGISTRATE JUDGE

Filed 08/05/09 USDC FlnD 1PM0134