**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                            Case No.:1:98-cr-14-MMP/AK

MATTHEW SCOTT,

       Defendant.

_____/

### ORDER GRANTING MOTION TO SEAL AND MOTION TO CONTINUE VIOLATION OF SUPERVISED RELEASE HEARING

This cause comes before the Court on doc. 551, the Defendant's Motion to

Continue Sentencing and to have doc. 551 filed under seal.  The Government does not

oppose the motion to continue or the motion to seal.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.      The Defendant's motion to continue (doc. 551) is hereby *granted*.

2.      The motion to seal contained in doc. 551 is *granted*, and the Clerk is

      directed to put doc. 551 under seal.

2.      The hearing on the petition alleging a violation of supervised release is

      continued and will be reset by separate notice.

**DONE AND ORDERED** this <u>twenty-third</u> day of October, 2009.


*s/ Stephan P. Mickle*_____
Stephan P. Mickle
Chief United States District Judge