*UNITED STATES DISTRICT COURT*
**CRIMINAL   MINUTES**

Case No:   1:98cr14; MATTHEW SCOTT                          Date:   3/26/10

PROCEEDINGS:   REVOCATION HEARING

PRESENT:   Honorable Maurice M. Paul , Judge

| Blair Patton | Christine Bordenave | Greg McMahon |
|---|---|---|
| Deputy Clerk | Court Reporter | Government's attorney |
| Gloria Fletcher | Glenn McInnes | |
| Defendant's Attorney | U.S. Probation Officer | |

  X    Defendant admits to the violation re  [543] PETITION AND ORDER Re Supervised Release Violation as to MATTHEW SCOTT

   The court find the defendant has violated his supervised release but continues the defendant on supervised release under same terms and conditions.

Initials of Deputy Clerk   bkp