# IN THE UNITED STATES DISTRICT COURT FOR
# NORTHERN DISTRICT OF FLORIDA
### (Gainesville Division)

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** ) | | |
| ) | | |
| v. ) | | Docket No. 1:98CR14-002 |
| ) | | |
| **MATTHEW SCOTT** ) | | |

## **O R D E R**

This matter is before the Court on a petition alleging that the defendant violated the conditions of his supervised release as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on July 21, 2009.

Based on the defendant's admission of guilt to the violations as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his supervised release.

**IT IS HEREBY ORDERED** that the defendant be continued on probation under the same terms and conditions. The sentence previously imposed shall remain in full force and effect.

**DONE AND ORDERED** this   31st    day of March , 2010.

                                          s/Maurice M. Paul
                                          MAURICE M. PAUL, SENIOR
                                          UNITED STATES DISTRICT JUDGE

                                          March 31, 2010
                                          DATE